**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Roberto Arcis         JOINT DEBTOR: Idania Laza         CASE NO.: _____
Last Four Digits of SS# 2671  Last Four Digits of SS# 0475

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 87.38 for months  1 to  60 ; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - $ 3650     TOTAL PAID $  1700
        Balance Due    $ 1950  payable $ 65 /month (Months  1  to  30 )

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____         Arrearage on Petition Date  $
Address:_____         Arrears Payment    $_____/month (Months _____ to _____)
       _____          Regular Payment    $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None_____   Total Due $_____
                     Payable    $_____/month (Months ____ to ____) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $ 13.65 /month (Months 1 to  30 ) and Pay $ 78.65  /month (Months 31 to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor shall make all contractual payments for 12405 NW 13 Avenue, North Miami, FL 33167-2303, to Nationstar Mortgage.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                              /s/Robert Sanchez
Attorney for Debtor                                        Attorney for Joint Debtor
Date: 3-8-2017                                                 Date: 3-8-2017

LF-31 (rev. 01/08/10)